**Mattie Adkins and Horace Adkins, Plaintiffs-Appellants, v. Blue Bird Coach Lines, Inc., and Milford E. LaRue, Defendants-Appellees.**

Gen. No. 47,953.

First District, Third Division.
September 14, 1960.
Rehearing denied October 10, 1960.

F. Patrick Conlon and Barnett R. Sklar, of Chicago (Philip E. Ryan, John F. McBride, and Gerald J. Shine, of counsel) for appellants; Harold L. Ward, of Chicago (Charles D. Snewind and Edward J. Fleming, of counsel) for appellees. Opinion by JUSTICE DEMPSEY. **Not to be published in full.**